UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF CALIFORNIA

U.S.A.                                CITATION / CASE NO. 06-mj-0010CMK

vs.                              **ORDER TO PAY**

Tabatha Rene Restuchi

SOCIAL SECURITY #: _____
DATE of BIRTH: _____
DRIVER'S LICENSE #: _____
ADDRESS: _____

_____
City            State           Zip Code

I UNDERSTAND THAT IF I MOVE PRIOR TO PAYING ANY FINE, RESTITUTION OR PENALTY ASSESSMENT IN THIS CASE, I MUST NOTIFY THE UNITED STATES ATTORNEY IN WRITING WITHIN SIXTY (60) DAYS OF ANY CHANGE IN MY RESIDENCE ADDRESS OR MAILING ADDRESS. FAILURE TO PAY COULD RESULT IN A WARRANT BEING ISSUED OR AN ABSTRACT AGAINST MY DRIVER'S LICENSE OR VEHICLE BEING ISSUED.

**I CERTIFY THAT ALL OF THE ABOVE INFORMATION IS TRUE AND CORRECT**
DATE: 5-1-07                    [signature]
                                DEFENDANT'S SIGNATURE

**YOU ARE HEREBY ORDERED TO PAY THE FOLLOWING:**

CITATION / CASE NO: 06-mj-0010 CMK  Count II  FINE 475.00  ASGMT. 25.00
CITATION / CASE NO: _____  FINE _____  ASGMT. _____
CITATION / CASE NO: _____  FINE _____  ASGMT. _____
CITATION / CASE NO: _____  FINE _____  ASGMT. _____

☒ FINE TOTAL of $ 475.00 and a penalty assessment of $ 25.00 ~~within~~
~~_____ days/months~~ or payments of $ 75.00 per month, commencing 11-1-07
and due on the _____ of each month until paid in full.
☒ RESTITUTION to BLM, Redding, CA, of $330 to be paid in installments
( ) ~~COMMUNITY SERVICE~~ of $75 per month ~~with fees not to exceed $~~
~~to be completed by~~ beginning 6-1-07 ~~with proof mailed to the Clerk of the Court.~~
☒ PROBATION to be unsupervised / ~~supervised~~ for: 1 year.
Counts I and III are dismissed.

PAYMENTS must be made by CHECK or MONEY ORDER, payable to: Clerk, USDC and mailed to (circle one):

~~CENTRAL VIOLATIONS BUREAU~~        CLERK, USDC
~~P.O. Box 740026~~                   ~~650 Capitol Mall, Rm 2546~~ 501 I Street
~~Atlanta, GA 30374-0026~~            Sacramento, CA 95814
~~1-800-827-2982~~

Your check or money order must indicate **your name** and **citation/case number** shown above to ensure your account is credited for payment received.

DATE: 5-1-07                    [signature]
                                U.S. MAGISTRATE JUDGE

Clerk's Office                                          EDCA - 03 Rev 8/97